IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Dr. John M. Adams, | : |
| Plaintiff, | : |
| v. | :   Case No. 2:10-cv-0610 |
| State of Ohio Department of Rehabilitation and Correction, | :   JUDGE JAMES L. GRAHAM<br>Magistrate Judge Kemp |
| Defendant. | : |

ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 18, 2011. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The motion to dismiss (#2) is **GRANTED** and this case is **DISMISSED** for lack of jurisdiction. The supplemental motion to dismiss (#5) is **DENIED** as moot. The Clerk is directed to enter judgment in favor of the defendant.

Date: May 24, 2011                        S/James L. Graham
                                              James L. Graham
                                              United States District Court